**STATE of Missouri, Respondent,**

v.

**Antonio TRUSS, Appellant.**

**No. WD 60008.**

Missouri Court of Appeals,
Western District.

March 19, 2002.

Amy M. Bartholow, Asst. Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., and Joel A. Block, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before ROBERT G. ULRICH, P.J., PATRICIA A. BRECKENRIDGE and LISA WHITE HARDWICK, JJ.

## ORDER

PER CURIAM.

Antonio E. Truss appeals from his convictions following jury trial of three counts of distribution, delivery or sale of a controlled substance, section 195.211, RSMo 2000, and three concurrent terms of ten years imprisonment. Mr. Truss raises one point on appeal. He claims that the trial court abused its discretion when it admitted evidence explaining the absence of the confidential informant, Dennis Newlin. The judgment of convictions is affirmed. Rule 30.25(b).